UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

| UNITED STATES OF AMERICA | CASE NO. 07-mj-0019 CMK |
|---|---|
| vs. | ORDER TO PAY |
| EDWARD M. RIOS | |

The Defendant, having been found guilty of Count I, after entry of a guilty plea thereto, is

ORDERED TO PAY THE FOLLOWING:

| Count I   | Fine: $ $490.00 | Assessment: $ 10.00 |
| Count II  | Fine: $_____ | Assessment: $_____ |
| Count III | Fine: $_____ | Assessment: $_____ |
| Count IV  | Fine: $_____ | Assessment: $_____ |
| Count V   | Fine: $_____ | Assessment: $_____ |

(X)  FINE TOTAL and a penalty assessment of $500.00 payable in monthly installments of $100.00 or more beginning November 1, 2008, and continuing monthly until paid in full. Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

DATED: September 25, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE